| | |
|---|---|
| DARCY VONDERGATHEN and ANDRE GLOVER and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| FM JANITORIAL SERVICES, INC. #2, JOSE RODRIGUEZ and MARIA JOYA, | ) ) ) |
| Defendants. | ) |

**ORDER ALLOWING CONSENT MOTION TO MODIFY CASE MANAGEMENT ORDER**

This matter is before the Court on Defendants' Consent Motion to Modify Case Management Order; for good cause shown, the Motion is hereby GRANTED and the parties shall have up to and including November 1, 2021, in which to complete discovery and conduct mediation.

SO ORDERED this, the  22nd  day of September, 2021.

By:  _____/s/ Louise W. Flanagan_____
        Louise Wood Flanagan
        United States District Court

4