IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-160-FL

| | |
|---|---|
| DARCY VONDERGATHEN and ANDRE GLOVER and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| FM JANITORIAL SERVICES, INC. #2, JOSE RODRIGUEZ and MARIA JOYA, | ) ) ) |
| Defendants. | ) |

**ORDER ALLOWING CONSENT MOTION TO MODIFY CASE MANAGEMENT ORDER**

This matter is before the Court on Defendants' Consent Motion to Modify Case Management Order; for good cause shown, the Motion is hereby GRANTED and the parties shall (i) have up to and including December 15, 2021, in which to complete discovery (ii) have up to and including January 15, 2022 to file any dispositive motions.

SO ORDERED this, the 29th day of October, 2021.

_____
LOUISE W. FLANAGAN
United States District Judge

4