IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO: 5:20-CV-160-FL

| | |
|---|---|
| DARCY VONDERGATHEN and ANDRE GROVER, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| FM JANITORIAL SERVICES, INC. #2; JOSE RODRIGUEZ; and MARIA JOYA | )<br>)<br>) |
| Defendants. | )<br>) |

## Order

THIS MATTER coming on to be heard before the undersigned Judge presiding in the United States District Court for the Eastern District of North Carolina, on the parties' Joint Motion for Approval of a FLSA Settlement; and the Court having considered this matter and the submission of the Parties.

NOW, THEREFORE, the undersigned finds that the settlement represents a fair and reasonable compromise of a bona fide Fair Labor Standards Act dispute and that the attorneys' fees agreed upon are reasonable. The parties' Joint Motion for Approval of a FLSA Settlement is GRANTED. Plaintiffs shall filed stipulation of dismissal with prejudice within 60 days.

SO ORDERED this the 3rd day of January, 2022.

_____
U.S. District Judge