IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-160-FL

DARCY VONDERGATHEN and ANDRE )
GLOVER and all others similarly situated, )
)
Plaintiffs, )
)
vs. )
)
FM JANITORIAL SERVICES, INC. #2, )
JOSE RODRIGUEZ and MARIA JOYA, )
)
Defendants. )

**ORDER ALLOWING MOTION TO SEAL**

This matter is before the Court on Defendants Motion to Seal; for good cause shown, the Motion to Seal is hereby GRANTED and the Settlement Agreement attached as Exhibit 1 to the Joint Motion to Approve Settlement [D.E. 58] and the Memorandum in Support of Joint Motion for Approval of FLSA Settlement [D.E. 59] are hereby sealed.

SO ORDERED this, the __3rd__ day of January, 2022.

By: _____
LOUISE W. FLANAGAN
United States District Judge